UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nicole P. Price,

Plaintiff,

v.

Erie Insurance Company,

Defendant.

Case No. 3:26-cv-2660

ORDER

Plaintiffs filed this action by invoking this Court's diversity jurisdiction. (Doc. No. 1 at 2; Doc. No. 1-1 at 1).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute. 28 U.S.C. § 1332(a). That is, the dispute must be between citizens of different states. 28 U.S.C. § 1332(a)(1). For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

In the Complaint, Plaintiff alleges "Defendant Erie Insurance Company is an insurance company licensed to sell insurance in the State of Ohio." (Doc. No. 1 at 2). But Plaintiff does not state Defendant's place of incorporation or principal place of business. Without this information, I cannot conclude this Court's diversity jurisdiction was properly invoked.

To avoid dismissal of this action for lack of subject matter jurisdiction, Plaintiff shall supplement the Complaint by filing an affidavit of jurisdiction no later than December 18, 2026. *See*

Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."). In this affidavit, Plaintiff must state Defendant's place of incorporation and principal place of business.

While I acknowledge that it remains Plaintiff's burden to establish this Court's diversity jurisdiction was properly invoked, I remind Defendant's counsel of this Court's expectation of collaboration and urge them to actively participate in acquiring the relevant facts required to determine Defendant's citizenship so jurisdiction can be verified as soon as possible.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge